AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269524, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS ANGELES CA 90044  (subject parcel #3). | ) ) ) ) ) | Case No.   4:18 MJ 7192 SPM |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ——— EASTERN ——— District of ——— MISSOURI

One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269524, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS ANGELES CA 90044 (subject parcel #3).

The person or property to be searched, described above, is believed to conceal:

controlled substances and/or United States Currency

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before           June 15, 2018

*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Shirley Padmore Mensah                                          .

*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  6·15·18 ; 15:48

_____
*Judge's signature*

City and state:     St. Louis, MO

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:18 MJ 7192 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF:    )
                                   )
One (1) rectangular prism-shaped box bearing  )    No. 4:18 MJ 7192 SPM
FedEx Tracking #781385269524, addressed to    )
DS CREATIONS, 6060 W CABANNE PL,   )
SAINT LOUIS MO 63112, and shipped from    )
CATIRIA GARCIA, 809 W COLDEN AVE,   )
LOS ANGELES CA 90044    (subject parcel    )
#3).                                   )

**ORDER FOR SEALING**

On motion of the United States of America, IT IS HEREBY ORDERED that the search

warrant, along with its application, affidavit, and return, and this Order issued thereto be sealed

until December 15, 2018, except for the limited purposes of providing same to defendant counsel

pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the

government has a compelling interest in sealing the documents in question which outweighs the

public's qualified First Amendment right of access to review those documents; and (b) no less

restrictive alternative to sealing is appropriate or practical.

SHIRLEY P. MENSAH
United States Magistrate Judge

Dated this _____5th_____ day of June, 2018.

AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| One (1) rectangular prism-shaped box bearing FedEx Tracking ) | Case No.    4:18 MJ 7192 SPM |
| #781385269524, addressed to DS CREATIONS, 6060 W CABANNE PL, ) | |
| SAINT LOUIS MO 63112, and shipped from CATIRIA GARCIA, 809 W ) | |
| COLDEN AVE, LOS ANGELES CA 90044  (subject parcel #3). ) | |

## APPLICATION FOR A SEARCH WARRANT

I, Adrian Lorincz                                        , a federal law enforcement officer or an attorney for the government
request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269524, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS MO 63112,
and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS ANGELES CA 90044 (subject parcel #3).

located in the          EASTERN          District of          MISSOURI          , there is now concealed

controlled substances and/or United States Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C. Section(s) 841(a)(1) and 846 and Title 18, U.S.C. Sections 1956 and 1957 | Conspiracy to posses with intent to distribute controlled substance(s); money laundering |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of          days (give exact ending date if more than 30 days:          ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Adrian Lorincz, Special Agent
Drug Enforcement Administration

*Printed name and title*

Sworn to before me and signed in my presence.

Date:          June 15, 2018

*Judge's signature*

City and state:  St. Louis, MO

Honorable Shirley P. Mensah U.S. Magistrate Judge

*Printed name and title*

AUSA:  Lisa M. Yemm

## AFFIDAVIT

I, Adrian Lorincz, Special Agent of the Drug Enforcement Administration (DEA) of the United States Department of Justice, and being duly sworn, state:

I am an investigative and law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

I have been a Special Agent with DEA since August 2015. I have completed the basic DEA academy and other law enforcement courses of instruction that focused on the investigation of persons involved in the manufacture, transportation, distribution, and sale of controlled substances, as well as the methods of laundering the proceeds of these illegal activities. I am currently assigned to Task Force Group 32 at the DEA St. Louis Division Office. During the course of my law enforcement experience, I have participated in complex investigations of drug-trafficking organizations dealing in cocaine, marijuana, heroin, methamphetamine and other controlled substances. I have participated in numerous drug investigations that have resulted in the seizure of cocaine, marijuana, heroin, and methamphetamine. I am familiar with and have used normal methods of investigation, including, but not limited to, visual surveillance, questioning of witnesses, search and arrest warrants, informants, pen registers, confidential sources and undercover agents, and court-authorized wire interceptions. My specialized training has included, but is not limited to, investigation of the manufacture, possession and distribution of controlled substance listed within the Controlled Substance Act, executing search and arrest warrants involving drug offenses, gathering drug and non-drug evidence, supervision and utilization of informants, clandestine laboratories, drug and currency smuggling, money

laundering, monitoring drug related conversations in other cases via court authorized interception of wire/electronic communications, and testifying in court as a witness in drug-related legal proceedings. I have also been trained in the interdiction of illicit drugs and drug proceeds being shipped through parcel packages.

Based on my training, experience and participation in controlled substance investigations which have resulted from violations of the federal and state narcotic laws and based on my training and experience, it is common for drug trafficking organizations to utilize members and associates with no criminal history to ship packages of drugs to recipients. It is also common for organizations to ship parcels containing illicit drugs to business addresses or to residences with a business name as the recipient, in an attempt to avoid law enforcement detection. Your affiant makes this affidavit in support of the search of the following identified four Federal Express (FedEx) packages (hereinafter referred to as the "**subject parcels**"):

1- **Subject parcel #1:** One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269502, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS ANGELES CA 90044

2- **Subject parcel #2:** One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269513, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS ANGELES CA 90044

3- **Subject parcel #3:** One (1) rectangular prism-shaped box bearing FedEx Tracking #781385269524, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS

MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS
ANGELES CA 90044

4- **Subject parcel #4:** One (1) rectangular prism-shaped box bearing FedEx Tracking
#781385269535, addressed to DS CREATIONS, 6060 W CABANNE PL, SAINT LOUIS
MO 63112, and shipped from CATIRIA GARCIA, 809 W COLDEN AVE, LOS
ANGELES CA 90044

In early 2018, DEA St Louis investigators identified Quentarus SMITH as a poly drug
distributor in the St. Louis area, based on intelligence received from a Confidential Source[1](CS).
As part of this investigation, DEA St. Louis investigators contacted Detective Cecil Mangrum ███

███ ███ ███ ███ ███ ███ after learning that Detective Mangrum had used a law enforcement deconfliction system
to inquire about Quentarus SMITH. Detective Mangrum relayed that in early 2017, Detective
Mangrum received information from CS#1 regarding a California-based drug trafficking
organization ("DTO") led by ███████████████ (the ████████ DTO").
Detective Mangrum worked jointly with DEA Los Angeles in 2017 in investigating the
████████ DTO, but due to, among other factors, the complexity of the organization, that
investigation was closed without any indictments. Detective Mangrum relayed to DEA St. Louis

---

[1] CS has been providing information to the ███ ████ ████ ███ , ████████ , ██ █ ██
███ ████ █ since about January 2017. Investigators previously identified CS ██
███ ████ ██ considered possible drug conspiracy charges against CS. Investigators
approached CS#1 in an attempt to gain CS's cooperation in their investigation of the ████████ DTO and offered
in exchange that CS would not be criminally charged for activities ███████ ██ ██ in connection with
████████ DTO operations. CS agreed to cooperate at that time, and CS cooperated with law enforcement until a
point where investigators informed CS that he/she would not be charged in that case. Thereafter, CS agreed to
continue cooperating, and has continued to cooperate, with law enforcement for financial compensation. CS has
provided information that has been corroborated and that has proven to be reliable. ███████████ ████
███ ██ ███ Based on the totality of the investigation, agents believe that CS is
reliable. All information provided by CS has been and will continue to be corroborated by agents to the fullest
extent possible.

investigators ████ ████ ████ SMITH was purchasing 30-40 kilograms of cocaine at a time from the ██████████ DTO, through Rogelio MERLO. ██████████████████ members of the ██████; DTO were also involved in the distribution of other illicit drugs, including heroin.



On June 4, 2018, the Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri, signed an order authoring the interception of communications over two telephone numbers, 314-449-3279 (Target Telephone #2) and 314-229-4907 (Target Telephone #3), utilized by SMITH. Title III interception on Target Telephone #2 and Target Telephone #3 began on June 4, 2018 and is ongoing.

Since interception of these two telephones began, investigators have intercepted numerous phone calls between SMITH and his source of supply in California and between SMITH and his subordinate distributors in Missouri. Intercepted telephone calls indicate that ████ ████ is SMITH's primary source of supply, distributing narcotics to SMITH from the Los Angeles, California area. Investigators have further identified ████ ████ as one of SMITH's subordinate distributors in the St. Louis area.

On June 4, 2018, at approximately 7:32 p.m., investigators intercepted an outgoing telephone call on Target Telephone #2 from SMITH to ████ Below is a transcript of the intercepted conversation.



████:         What up, pimp?

SMITH:      Just out eating. What's going on?

████:         You need to… you need to… you need to, uh… make that phone call. Get me something ready for tomorrow.

SMITH:          Okay then.

███████:        I need about…

SMITH:          I'll do that.

███████:        I need about four (4). Alright. I'll give you the…

SMITH:          Alright.

███████:        And I'll give you the… I'll give you the address later on tonight or first

                thing in the morning, but, have 'em just set it up so it'll be ready to go out

                tomorrow. Alright.

SMITH:          Alright.

SUMMARY: In this conversation, investigators believe ███████ was ordering four kilograms of illicit drugs from SMITH. When ███████ said, "you need to … make that phone call. Get me something ready for tomorrow," investigators believe ███████ was letting SMITH know that ███████ was ready to order and SMITH should place the order with MERLO.

On June 5, 2018, at approximately 3:32 p.m., investigators intercepted an outgoing telephone call on Target Telephone #3 from SMITH to ███████. Below is a transcript of the pertinent portion of the intercepted conversation.

        …

SMITH:          You wan—you wanna send, you wanna send some mountain bikes, then?

███████:        Yes. How many? Forty-eight (48)?

SMITH:          Yeah. I'mma have to send you the address.

███████:        Okay. Perfect, you send it to yes.

SMITH:          Okay. Then uh…

███████         Yes. Yeah.

| SMITH: | Okay. Then… |
| ▮ | Mountain bikes. Alright. |
| SMITH: | Alright. |
| ▮ | Yeah, you say how many, you tell me how many, and then from there we move forward. Yeah. |
| SMITH: | Yeah, it gon' be four (4). |
| ▮ | Yeah. Oh, okay, you got it. You got it. |
| SMITH: | Alright. |
| ▮ | Okay. Alright. Thanks, bye. |

SUMMARY: In this conversation, investigators believe SMITH called ▮ to order a quantity of four kilograms or four packages of an illicit drug. When SMITH asked, "…you wanna send some mountain bikes, then?" investigators interpret that to mean that SMITH was asking ▮ to send illicit drugs. When ▮ asked, "How many? Forty-eight (48)?" investigators interpret that to mean ▮ was asking SMITH for the quantity of drugs that SMITH wished to order. SMITH's statement, "Yeah, it gon' be four," is interpreted to mean that SMITH wanted four kilograms or four packages of the illicit drugs.

On June 11, 2018, investigators intercepted a conversation between SMITH and ▮ wherein SMITH stated, "…I need you to , uhh send me your address," to which ▮ replied, "Okay, why, he gonna send me that?" SMITH replied "Yeah" and the conversation concluded. Investigators interpret this exchange to mean that SMITH was asking for ▮'s address because the drugs ▮ ordered were going to be shipped to ▮ On June 12, 2018, SMITH and ▮ were again intercepted and during the call, ▮ informed SMITH that "…it's all written together, it's not separated. It's…it ain't 'DS…..DSCreations…..it's all one thing together." SMITH replied "Yeah, they did that, I sent it to them how you gave it to me." SMITH and ▮

continue to discuss ██████ concern that the misspelling might cause the people to not see "the DS Creations that says leave shit at your door." Investigators know ██████ ████████ ██████ ████████ "DS Creations LLC" as a business in the State of Missouri and that the business is registered to 6060 West Cabanne Place, St. Louis, Missouri.

On June 14, 2018, the investigative team identified four parcels during a query of FedEx shipment data, that were being shipped to "DS CREATIONS, 6060 W Cabanne Pl, Saint Louis, MO." The return address for all the parcels listed Catiria Garcia, 809 West Colden Avenue, Los Angeles, California. Investigators utilized a commercial law enforcement database available to law enforcement that compiles data from several different sources, including public and protected sources, to query the return address. Results associated the address with several people, including ████████ as well as ████████, ██████ ████████ a member of the ██████ DTO.

On June 15, 2018, investigators met with FedEx personnel at a FedEx Home Delivery station in Vinita Park, Missouri, where the **subject parcels** had arrived. Detective Dave Sebek with the St. Louis County Police Department arrived, with his drug detection dog (K-9), "Pippi," to assist in the investigation. Investigators placed the four **subject parcels** on the floor in an open area of the facility and placed an additional four unrelated parcels in the area as well. Detective Sebek deployed K-9 Pippi to the area. K-9 Pippi alerted, to the presence of an illicit drug odor on each of the four **subject parcels**, but did not alert on any of the unrelated parcels. Investigators then seized the packages and secured them at the DEA St. Louis Division Office with the intent of obtaining a search warrant to search the packages.

I believe the four **subject parcels** contain illicit drugs and are in fact the "four" packages of illicit drugs ordered by SMITH, from the ██████ DTO, on behalf of ██████ Attached

herewith are photographs of the mailing labels for the **subject parcels**, as well as a copy of
Detective Sebek's K-9 Pippi's qualifications.

Because this investigation is ongoing and its success would be jeopardized if the contents
of this affidavit were made public, I request that this affidavit be sealed until further order of the
court.


ADRIAN LORINCZ
Special Agent
Drug Enforcement Administration


SUBSCRIBED and SWORN to before me this 15th day of June, 2018.


SHIRLEY P. MENSAH
United States Magistrate Judge
Eastern District of Missouri

**St. Louis County Police Department**
Division of Criminal Investigations Canine Detective
Canine Probable Cause Affidavit of Qualifications
Handler: Detective David Sebek, DSN 3341
Canine "Pippi" DSN 46

I, Detective David Sebek, DSN 3341, have been a Commissioned Police Officer of the St. Louis County Police Department since January 5, 2001. I have completed 200 hours of Missouri P.O.S.T. required Law Enforcement Academy requirements. Canine "Pippi" and I are currently assigned to the St. Louis County Police Department's Division of Criminal Investigation's Drug Enforcement Unit.

Canine Pippi is a black and white colored, female, German Shorthair Pointer. She was born on February 8, 2013. Canine Pippi and I attended and completed the "Basic Police Canine Training Course for Narcotics Detection", from October 3, 2015, through October 30, 2015. This course was held at Shallow Creek Kennels, located in Sharpsville, PA. The training course consisted of four weeks of instruction and application of canine obedience, narcotics/controlled substance detection. Canine Pippi and I were certified by the North American Police Work Dog Association (NAPWDA) as an accredited Narcotic Detection Canine team on October 30, 2015.

Canine Pippi has been trained to sniff and alert to the distinctive odors of controlled substances including: Heroin, Cocaine, Methamphetamine, and Marijuana. Canine Pippi alerts to these odors in a passive manner by sitting at, or as close as she can get, to the source of the odor.

Canine Pippi and I were last annually re-certified by the North American Police Work Dog Association (NAPWDA) as an accredited Narcotic Detection Canine team on May 12, 2017.

Since Canine Pippi and I began working, she had been responsible for the seizure of approximately 627 lbs of marijuana, approximately 2.75 lbs of heroin, 60 lbs of methamphetamine, and 5 lbs of cocaine. Canine Pippi has also been responsible for the seizure of approximately $1,919,599 in smuggled bulk US currency.

Canine Pippi and I train a minimum of four hours per week, in the areas of narcotic detection with the St. Louis County Police Department's Canine Unit and on our own time.

This affidavit is current as of January 2, 2018.

Detective David Sebek, DSN 3341
St. Louis County Police Department
Division of Criminal Investigations, Drug Enforcement Unit
7900 Forsyth Blvd
Clayton, MO 63105
(636) 529-8225